**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| David Joseph Kuchar, | Case No. 2:25-cv-02526-ART-DJA |
| Plaintiff, | |
| v. | **Order** |
| Las Vegas Metro PD, | |
| Defendant. | |

Clark County Detention Center inmate, Plaintiff David Joseph Kuchar, submitted initiating documents to the Court which include an application to proceed *in forma pauperis* (meaning, without paying the filing fee) and a complaint. (ECF Nos. 1, 1-1). Plaintiff then submitted a second application, attaching an amended complaint. (ECF Nos. 3, 3-1). However, Plaintiff's applications are incomplete.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed *in forma pauperis* and attach: (1) an inmate account statement for the past six months; and (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in the plaintiff's trust account at the institution. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.

Here, Plaintiff's applications are incomplete because they do not include either an inmate account statement for the past six months or a completed[1] financial certificate from the institution

---

[1] Plaintiff's first application included a financial certificate. (ECF No. 1 at 4). But it was not complete because it was not filled out by an authorized officer of the institution.

where he is incarcerated certifying the amount of funds in his trust account at the institution (which is on page four of the form application). Plaintiff's applications are also incomplete because Plaintiff did not answer Question 1(b) on either form, which asks that if the answer to whether the applicant is employed is "no," for the applicant to state the date of last employment and the amount of salary or wages per month received. The Court will therefore deny Plaintiff's applications to proceed *in forma paupers* without prejudice. If Plaintiff chooses to file another *in forma pauperis* application, then he must file a complete application on this Court's approved form including all the documents referenced in this order. Plaintiff is also informed that filing repeated applications will not speed the Court up in deciding his matter, but will instead slow it down.

Additionally, because Plaintiff has not filed a complete application, the Court does not screen his complaint at this time. Plaintiff is also informed that a complaint must be complete in itself, meaning the Court will not reference any other complaints when screening, and amended complaints generally supersede previous complaints. *See Ramirez v. County of San Bernadino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (explaining that "[i]t is well-established in our circuit that an amended complaint supersedes the original, the latter being treated thereafter as non-existent.") (internal quotations and citations omitted); *see* Nevada Local Rule 15-1(a) (explaining that proposed amended pleadings must be complete in themselves without reference to superseded pleadings). So, if Plaintiff files a renewed application without attaching an amended complaint, the Court will screen Plaintiff's first amended complaint (ECF No. 3-1),[2] not his original complaint (ECF No. 1-1). If Plaintiff attaches a second amended complaint to his renewed application, the Court will screen the second amended complaint and not any previous complaints.

---

[2] Plaintiff checked the box on this complaint for "second amended complaint," however, this is Plaintiff's first amendment. (ECF No. 31 at 1).

**IT IS THEREFORE ORDERED** that Plaintiff's applications to proceed *in forma pauperis* (ECF No. 1, 3) are **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order and of the application to proceed *in forma pauperis* by an inmate as well as the accompanying instruction packet.

**IT IS FURTHER ORDERED** that by **April 13, 2026**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments; or (2) pay the full $405 filing fee for a civil action, which includes the $350 filing fee and the $55 administrative fee. **Failure to comply with this order may result in a recommendation to the district judge that this action be dismissed.**

DATED: February 12, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE