**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

David Joseph Kuchar,

Plaintiff,

v.

Las Vegas Metro PD,

Defendant.

Case No. 2:25-cv-02526-ART-DJA

**Order**

On February 12, 2026, the undersigned magistrate judge denied Plaintiff's applications to proceed *in forma pauperis* (meaning, without paying the filing fee) and gave Plaintiff until April 13, 2026, to file a renewed application. (ECF No. 4). In doing so, the undersigned warned Plaintiff that "[f]ailure to comply with this order may result in a recommendation to the district judge that this action be dismissed." (*Id.*). Plaintiff missed the April 13, 2026, deadline and, to date, has taken no further action in this case.

The undersigned therefore ordered Plaintiff to show cause why his case should not be dismissed without prejudice for his failure to comply with the undersigned's order and for his failure to prosecute the case. *See* Fed. R. Civ. P. 41(b); (ECF No. 5). However, the order was returned as undeliverable. (ECF No. 6). The undersigned will therefore order Plaintiff to update his address and will give him an additional thirty days to do so and to respond to the order to show cause. LR IA 3-1.

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **December 7, 2026**, to update his address and to comply with the undersigned's order to show cause. **Failure to timely comply with this order may result in the recommended dismissal of this case.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

DATED: November 5, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE